MINUTE ENTRY
BARBIER, J.
AUGUST 1, 2012
JS-10: 38 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA DALTON OHLE, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 12-1324 |
| BANK ONE CORPORATION, ET AL | SECTION: "J" |

| | |
|---|---|
| COURTROOM DEPUTY:<br>Stephanie Kall | COURT REPORTER:<br>Cathy Pepper |

**WEDNESDAY, AUGUST 1, 2012 AT 2:30 PM**
**JUDGE CARL J. BARBIER PRESIDING**

### MOTION HEARING

A) MOTION to Dismiss for Lack of Jurisdiction , MOTION to Change Venue Alternative Motion to Dismiss for Improper Venue by Thomas E Durkin, Mayer Brown LLP. [27];
B) MOTION to Dismiss Case for Improper Venue, and Alternatively, MOTION to Transfer Case by Banc One Investment Advisors Corporation, Bank One Corporation, JPMorgan Chase & Co. [29];
C) MOTION to Dismiss for Lack of Jurisdiction and Alternatively, MOTION to Dismiss for Improper Venue by Richard A Rogoff. [31]

Argued; ORDERED that case is dismissed without prejudice for improper venue.

ATTORNEYS: Dennis Rinck, Jr., for plaintiffs
           John Hite, III,  for Bank One Corporation, Banc One
           Investment Advisors Corporation, Richard A. Rogoff, John Kramer,
           JPMorgan Chase & Co.
           James Brown, Carey Menasco, for Thomas E Durkin,
           Mayer Brown LLP