UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA DALTON OHLE, ET AL.　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　NUMBER: 12-1324

BANK ONE CORPORATION, ET AL.　　　　　　SECTION: "J" (3)

## J U D G M E N T

Considering the Court's Minute Entry dated August 1, 2012, filed herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the Defendants, and against Plaintiffs, dismissing Plaintiffs' claims without prejudice for improper venue, and at Plaintiffs' cost.

New Orleans, Louisiana, this 17th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE